| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
|---|---|
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | Order Filed on September 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   PETER BELLINI, JR.<br><br>   PATRICIA MARY CASHIN<br><br>Debtor(s) | Case No.: 13-18248 KCF<br>Hearing Date: 8/22/18<br>Judge: Kathryn C. Ferguson<br>Chapter 13 |

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED.**

**DATED: September 27, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER** having come before the Court on Standing Trustee's Motion to Dismiss, and the Court having heard the matter; and for good cause having been shown, it is

**ORDERED** as follows:

1. M&T Bank obtained stay relief by order entered 5/11/18. Any balance due to be paid through the plan on Proof of Claim #17-1 shall be paid outside the plan. The Trustee's claim shall be adjusted to the amount paid to date of $41,265.38.

2. The Debtors have completed plan payments in the amount of $50,640.00 and the Trustee shall take the necessary steps to file a Final Report.

3. Nothing herein shall affect the Court's jurisdiction over the pending adversary proceeding related to this bankruptcy case, 18-01026.