| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | **Order Filed on September 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    PETER BELLINI, JR.<br><br>    PATRICIA MARY CASHIN<br><br>                    Debtor(s) | Case No.:  13-18248 KCF<br><br>Hearing Date:  8/22/18<br><br>Judge:  Kathryn C. Ferguson<br><br>Chapter 13 |

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED.**

**DATED: September 27, 2018**

                                                          Honorable Kathryn C. Ferguson<br>
                                                          United States Bankruptcy Judge

**THIS MATTER** having come before the Court on Standing Trustee's Motion to Dismiss, and the Court having heard the matter; and for good cause having been shown, it is

**ORDERED** as follows:

1. M&T Bank obtained stay relief by order entered 5/11/18. Any balance due to be paid through the plan on Proof of Claim #17-1 shall be paid outside the plan. The Trustee's claim shall be adjusted to the amount paid to date of $41,265.38.

2. The Debtors have completed plan payments in the amount of $50,640.00 and the Trustee shall take the necessary steps to file a Final Report.

3. Nothing herein shall affect the Court's jurisdiction over the pending adversary proceeding related to this bankruptcy case, 18-01026.

United States Bankruptcy Court
District of New Jersey

In re:
Peter Bellini, Jr.
Patricia Mary Cashin
    Debtors

Case No. 13-18248-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 27, 2018
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb     +Peter Bellini, Jr.,    Patricia Mary Cashin,    9 Stoney Brook Drive,    Millstone Township, NJ 08510-8744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
       Albert Russo    docs@russotrustee.com
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
       Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
       Andy Winchell    on behalf of Plaintiff Patricia Mary Cashin andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com
       Andy Winchell    on behalf of Plaintiff Peter Bellini, Jr. andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com
       Andy Winchell    on behalf of Joint Debtor Patricia Mary Cashin andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com
       Andy Winchell    on behalf of Debtor Peter Bellini, Jr. andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com
       Brian E Caine    on behalf of Defendant M&T Bank Corporation as successor by merger to Hudson City Savings Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
       Brian E Caine    on behalf of Creditor Hudson City Savings Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
       Brian E Caine    on behalf of Creditor M&T Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
       Kevin Gordon McDonald    on behalf of Defendant M&T Bank Corporation kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
       Kevin Gordon McDonald    on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
       Rebecca Ann Solarz    on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com
                                              TOTAL: 13