Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 13−18248−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter Bellini Jr. | Patricia Mary Cashin |
| 9 Stoney Brook Drive | aka Patricia Mary Bellini |
| Millstone Township, NJ 08510 | 9 Stoney Brook Drive |
| | Millstone Township, NJ 08510 |

Social Security No.:
  xxx−xx−0680                         xxx−xx−8543

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      9/3/19
Time:     02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andy Winchell, Debtor's Attorney

COMMISSION OR FEES
fee: $31807.50

EXPENSES
$28.98

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 31, 2019
JAN: kmf

                                                                                         Jeanne Naughton
                                                                                        Clerk