# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  13−18248−MBK
           Chapter:  13
           Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Bellini Jr.                                    Patricia Mary Cashin
   9 Stoney Brook Drive                      aka Patricia Mary Bellini
   Millstone Township, NJ 08510       9 Stoney Brook Drive
                                                  Millstone Township, NJ 08510

Social Security No.:
   xxx−xx−0680                                    xxx−xx−8543

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       9/3/19
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Andy Winchell, Debtor's Attorney

COMMISSION OR FEES
fee: $31807.50

EXPENSES
$28.98

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 31, 2019
JAN: kmf

                                                                  Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Bellini, Jr.  
Patricia Mary Cashin  
    Debtors

Case No. 13-18248-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Jul 31, 2019  
                       Form ID: 137     Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.

```
db/jdb         +Peter Bellini, Jr.,    Patricia Mary Cashin,    9 Stoney Brook Drive,
                 Millstone Township, NJ 08510-8744
cr              ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
cr             +Hudson City Savings Bank,    Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                 P.O. Box 5054,    Mount Laurel, NJ 08054-5054
513849037      +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
514089087       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513849038      +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
513849039     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,     El Paso, TX 79998)
513849040      +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19105
514118553       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
514133007      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513849070     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Sunoco/citi,     Attention: Bankruptcy,     7920 Nw 110th St.,
                 Kansas City, MO 64153)
513849046     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Childrens Place/Citicorp Credit Services,
                 Attn.: Centralized Bankruptcy,     Po Box 20363,     Kansas City, MO 64195)
513849045      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
513849052      +CitiBank USA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
513883534      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
513849054      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513962225       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
514130070      +Hudson City Savings Bank,    Parker McCay P.A.,    9000 Midlantic Dr., Suite 300,
                 Mt. Laurel, NJ 08054-1539
513849066       Mary Cashin,    56 West Aspen Way,    Aberdeen, NJ 07747-1906
514312620      +New York State Dept of Labor,    120 Broadway,    New York, NY 10271-0002
513849069      +Sentinel Benefits,    55 Walker's Brook Drive,    Suite 100,    Reading, MA 01867-3273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514061061      +E-mail/Text: bncmail@w-legal.com Aug 01 2019 00:40:52      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513849041      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:48:45      Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
513849042      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:46:49      Cap One/Best Buy,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
513849043      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:48:45      Capital One Na,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
513920499      +E-mail/Text: bnc@bass-associates.com Aug 01 2019 00:39:07      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
513849044      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:48:47      Capital One/Best Buy,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
513849053       E-mail/Text: mrdiscen@discover.com Aug 01 2019 00:39:09      Discover Financial Services Llc,
                 PO Box 15316,    Wilmington, DE 19850
513868541       E-mail/Text: mrdiscen@discover.com Aug 01 2019 00:39:09      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
513849056      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:42      Gecrb/GAP,    PO Box 965005,
                 Orlando, FL 32896-5005
513849057      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:43      Gecrb/Lord & Taylor,
                 PO Box 965015,    Orlando, FL 32896-5015
513849058      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:47:39      Gecrb/TJ Maxx,    Po Box 965015,
                 Orlando, FL 32896-5015
513849059      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:43      Gecrb/Toys R Us,    Po Box 965005,
                 Orlando, FL 32896-5005
513849060      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:43      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513849061      +E-mail/Text: camanagement@mtb.com Aug 01 2019 00:39:46      Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1437
514898814       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2019 00:40:58      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
514898815       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2019 00:40:58      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513849062      +E-mail/Text: bncnotices@becket-lee.com Aug 01 2019 00:39:21      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Jul 31, 2019
                              Form ID: 137             Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515956005      +E-mail/Text: camanagement@mtb.com Aug 01 2019 00:39:46      M&T Bank, et al,    c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,     Buffalo, NY 14203,
                 M&T Bank, et al 14203-1420
515956004      +E-mail/Text: camanagement@mtb.com Aug 01 2019 00:39:46      M&T Bank, et al,    c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,     Buffalo, NY 14203-1420
513849063      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 01 2019 00:40:34      Marriott Ownership,
                 1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
513849064       E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 01 2019 00:40:34      Marriott Vacation Club,
                 P.O. Box 8038,    Lakeland, FL 33802-8038
513849065      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 01 2019 00:40:34      Marriott Vacation Club,
                 1200 Bartow Road,   Suite 19,    Lakeland, FL 33801-5901
513849067      +E-mail/Text: bnc@nordstrom.com Aug 01 2019 00:39:24      Nordstrom FSB,
                 Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
513876573      +E-mail/Text: bnc@nordstrom.com Aug 01 2019 00:39:24      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
514872246       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:48:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514872247       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:46:57
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514091544       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:46:56
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,     POB 41067,
                 Norfolk VA 23541
514083204       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:47:55
                 Portfolio Recovery Associates, LLC,    c/o JC Penney Credit Card,     POB 41067,
                 Norfolk VA 23541
514083206       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:48:54
                 Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,    POB 41067,    Norfolk VA 23541
514084027       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:59:38
                 Portfolio Recovery Associates, LLC,    c/o Sam's Club,    POB 41067,    Norfolk VA 23541
514084023       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:47:54
                 Portfolio Recovery Associates, LLC,    c/o TJX Rewards Credit Card,     POB 41067,
                 Norfolk VA 23541
514084024       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:59:38
                 Portfolio Recovery Associates, LLC,    c/o TOYS "R"US CREDIT CARD,     POB 41067,
                 Norfolk VA 23541
514005820       E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2019 00:40:17
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
513849068      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:47:39      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
513849071      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2019 00:40:09      Wfnnb/New York & Compa,
                 Attention: Bankruptcy,    P.O. Box 182685,    Columbus, OH 43218-2685
514746431      +E-mail/Text: bnc@bass-associates.com Aug 01 2019 00:39:07      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,     3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
514746432      +E-mail/Text: bnc@bass-associates.com Aug 01 2019 00:39:07      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,     3936 E Ft. Lowell, Suite 200,    Tucson, AZ  85712,
                 eCAST Settlement Corporation,    c/o Bass & Associates, P.C. 85712-1083
                                                                                              TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513849055*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Fia CSNA,     P.O. Box 982235,    El Paso, TX 79998)
513849047*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank N.A.,     Citicorp Credit Services,
                 Attn: Centralized Bankruptcy Services,     Po Box 20363,    Kansas City, MO 64195)
513849049*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank NA,     Attn.: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
513849048*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank NA,     Citicard Credit Services/Centralized Ban,
                 PO Box 20507,    Kansas City, MO 64195)
513849050*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank SD, NA,     Attn: Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
513849051*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
                 PO Box 20507,    Kansas City, MO 64195)
                                                                                              TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Jul 31, 2019
                              Form ID: 137               Total Noticed: 60

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andy   Winchell    on behalf of Joint Debtor Patricia Mary Cashin andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Debtor Peter   Bellini, Jr. andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Patricia Mary Cashin andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Peter   Bellini, Jr. andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    Hudson City Savings Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Defendant    M&T Bank Corporation as successor by merger to Hudson
                City Savings Bank bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Defendant    M&T Bank Corporation kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Sam  Della Fera    on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
                                                                                               TOTAL: 15
```