UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, PC
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

**Order Filed on August 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Peter Bellini, Jr.
Patricia Mary Cashin
aka Patricia Mary Bellini

            Debtor

Case No.: 13-18248 (MBK)

Chapter: 13
Judge: Hon. Michael B. Kaplan

Date: August 14, 2019
Time: 9:00 a.m.

## ORDER RE MOTION TO ENTER DISCHARGE

    The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 15, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Peter Bellini, Jr., Patricia Mary Cashin aka Patricia Mary Bellini
Case No.:  13-18248 (MBK)
Caption:  **ORDER RE MOTION TO ENTER DISCHARGE**

This matter having been opened by the Motion to Enter Discharge, and for good cause shown, it is hereby:

ORDERED that the standing chapter 13 trustee in this case (the "Trustee") shall immediately take all steps necessary to process the discharge of the Debtors in this case notwithstanding whether any payments to creditors remain outstanding as of the date of this Order or thereafter; and it is further

ORDERED that the Trustee thereupon shall inform the Court that the case is ready for discharge to allow the Court to enter the Order Discharging Debtor.