UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, PC
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

**Order Filed on August 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Peter Bellini, Jr.
Patricia Mary Cashin
aka Patricia Mary Bellini

                        Debtor

Case No.: 13-18248 (MBK)

Chapter: 13
Judge: Hon. Michael B. Kaplan

Date:  August 14, 2019
Time:  9:00 a.m.

## ORDER RE MOTION TO ENTER DISCHARGE

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Peter Bellini, Jr., Patricia Mary Cashin aka Patricia Mary Bellini
Case No.:  13-18248 (MBK)
Caption:  **ORDER RE MOTION TO ENTER DISCHARGE**

This matter having been opened by the Motion to Enter Discharge, and for good cause shown, it is hereby:

ORDERED that the standing chapter 13 trustee in this case (the "Trustee") shall immediately take all steps necessary to process the discharge of the Debtors in this case notwithstanding whether any payments to creditors remain outstanding as of the date of this Order or thereafter; and it is further

ORDERED that the Trustee thereupon shall inform the Court that the case is ready for discharge to allow the Court to enter the Order Discharging Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 13-18248-MBK
Peter Bellini, Jr.                                                                        Chapter 13
Patricia Mary Cashin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2019
                               Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db/jdb          +Peter Bellini, Jr.,   Patricia Mary Cashin,   9 Stoney Brook Drive,
                 Millstone Township, NJ 08510-8744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andy  Winchell    on behalf of Plaintiff Patricia Mary Cashin andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy  Winchell    on behalf of Plaintiff Peter  Bellini, Jr. andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy  Winchell    on behalf of Joint Debtor Patricia Mary Cashin andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy  Winchell    on behalf of Debtor Peter  Bellini, Jr. andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Brian E Caine    on behalf of Creditor   M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Defendant   M&T Bank Corporation as successor by merger to Hudson
               City Savings Bank bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor   M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor   Hudson City Savings Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Kevin Gordon McDonald    on behalf of Defendant   M&T Bank Corporation kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
              Sam  Della Fera   on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
                                                                                       TOTAL: 15