**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Peter Bellini Jr. | Social Security number or ITIN  xxx–xx–0680 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia Mary Cashin | Social Security number or ITIN  xxx–xx–8543 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  13–18248–MBK

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter Bellini Jr.

Patricia Mary Cashin
aka Patricia Mary Bellini

8/20/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-18248-MBK
Peter Bellini, Jr.                                                      Chapter 13
Patricia Mary Cashin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Aug 20, 2019
                              Form ID: 3180W           Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
```
db/jdb        +Peter Bellini, Jr.,    Patricia Mary Cashin,    9 Stoney Brook Drive,
                Millstone Township, NJ 08510-8744
cr             ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
cr            +Hudson City Savings Bank,    Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                P.O. Box 5054,   Mount Laurel, NJ 08054-5054
513849038     +Amex Dsnb,   Po Box 8218,   Mason, OH 45040-8218
513849040     +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19105
514133007     +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513962225      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
514130070     +Hudson  City Savings Bank,    Parker McCay P.A.,    9000 Midlantic Dr., Suite 300,
                Mt. Laurel, NJ 08054-1539
513849066      Mary Cashin,    56 West Aspen Way,    Aberdeen, NJ 07747-1906
514312620     +New York State Dept of Labor,    120 Broadway,    New York, NY 10271-0002
513849069     +Sentinel Benefits,    55 Walker's Brook Drive,    Suite 100,    Reading, MA 01867-3273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 00:38:17      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 00:38:13      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514061061     +E-mail/Text: bncmail@w-legal.com Aug 21 2019 00:38:25      ANTIO, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513849037     +EDI: AMEREXPR.COM Aug 21 2019 04:03:00      American Express,
                American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
514089087      EDI: BECKLEE.COM Aug 21 2019 04:03:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    POB 3001,   Malvern  PA 19355-0701
513849039      EDI: BANKAMER.COM Aug 21 2019 04:03:00      Bank Of America,    Po Box 982235,
                El Paso, TX 79998
513849055      EDI: BANKAMER.COM Aug 21 2019 04:03:00      Fia CSNA,   P.O. Box 982235,    El Paso, TX 79998
514118553      EDI: BL-BECKET.COM Aug 21 2019 04:03:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                POB 3001,   MALVERN, PA 19355-0701
513849046      EDI: CITICORP.COM Aug 21 2019 04:03:00      Childrens Place/Citicorp Credit Services,
                Attn.:  Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195
513849047      EDI: CITICORP.COM Aug 21 2019 04:03:00      Citibank N.A.,    Citicorp Credit Services,
                Attn: Centralized Bankruptcy Services,    Po Box 20363,    Kansas City, MO 64195
513849049      EDI: CITICORP.COM Aug 21 2019 04:03:00      Citibank NA,   Attn.:  Centralized Bankruptcy,
                PO Box 20363,   Kansas City, MO 64195
513849048      EDI: CITICORP.COM Aug 21 2019 04:03:00      Citibank NA,
                Citicard Credit Services/Centralized Ban,    PO Box 20507,    Kansas City, MO 64195
513849050      EDI: CITICORP.COM Aug 21 2019 04:03:00      Citibank SD, NA,    Attn: Centralized Bankruptcy,
                PO Box 20507,   Kansas City, MO 64195
513849051      EDI: CITICORP.COM Aug 21 2019 04:03:00      Citibank Usa,
                Citicorp Credit Services/Attn: Centraliz,    PO Box 20507,    Kansas City, MO 64195
513849070      EDI: CITICORP.COM Aug 21 2019 04:03:00      Sunoco/citi,    Attention: Bankruptcy,
                7920 Nw 110th St.,    Kansas City, MO 64153
513849041     +EDI: CAPITALONE.COM Aug 21 2019 04:03:00      Cap One,   26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
513849042     +EDI: CAPITALONE.COM Aug 21 2019 04:03:00      Cap One/Best Buy,    PO Box 30253,
                Salt Lake City, UT 84130-0253
513849043     +EDI: CAPITALONE.COM Aug 21 2019 04:03:00      Capital  One Na,   Attn: Bankruptcy,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
513920499     +EDI: BASSASSOC.COM Aug 21 2019 04:03:00      Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
513849044     +EDI: CAPITALONE.COM Aug 21 2019 04:03:00      Capital One/Best Buy,    PO Box 30253,
                Salt Lake City, UT 84130-0253
513849045     +EDI: CHASE.COM Aug 21 2019 04:03:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
513849052     +EDI: CITICORP.COM Aug 21 2019 04:03:00      CitiBank USA,    P.O. Box 6241,
                Sioux Falls, SD 57117-6241
513849053      EDI: DISCOVER.COM Aug 21 2019 04:03:00      Discover Financial Services Llc,    PO Box 15316,
                Wilmington, DE 19850
513883534     +EDI: TSYS2.COM Aug 21 2019 04:03:00      Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513868541      EDI: DISCOVER.COM Aug 21 2019 04:03:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
513849054     +EDI: TSYS2.COM Aug 21 2019 04:03:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513849056     +EDI: RMSC.COM Aug 21 2019 04:03:00      Gecrb/GAP,    PO Box 965005,    Orlando, FL 32896-5005
513849057     +EDI: RMSC.COM Aug 21 2019 04:03:00      Gecrb/Lord & Taylor,    PO Box 965015,
                Orlando, FL 32896-5015
513849058     +EDI: RMSC.COM Aug 21 2019 04:03:00      Gecrb/TJ Maxx,    Po Box 965015,    Orlando, FL 32896-5015
513849059     +EDI: RMSC.COM Aug 21 2019 04:03:00      Gecrb/Toys R Us,    Po Box 965005,
                Orlando, FL 32896-5005
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Aug 20, 2019
                                  Form ID: 3180W           Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513849060      +EDI: RMSC.COM Aug 21 2019 04:03:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
513849061      +E-mail/Text: camanagement@mtb.com Aug 21 2019 00:37:53      Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1437
514898814       EDI: JEFFERSONCAP.COM Aug 21 2019 04:03:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
514898815       EDI: JEFFERSONCAP.COM Aug 21 2019 04:03:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302
513849062      +E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 00:37:25      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515956005      +E-mail/Text: camanagement@mtb.com Aug 21 2019 00:37:53      M&T Bank, et al,    c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203,
                 M&T Bank, et al 14203-1420
515956004      +E-mail/Text: camanagement@mtb.com Aug 21 2019 00:37:53      M&T Bank, et al,    c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203-1420
513849063      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 21 2019 00:38:16      Marriott Ownership,
                 1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
513849064       E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 21 2019 00:38:16      Marriott Vacation Club,
                 P.O. Box 8038,    Lakeland, FL 33802-8038
513849065      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 21 2019 00:38:16      Marriott Vacation Club,
                 1200 Bartow Road,    Suite 19,    Lakeland, FL 33801-5901
513849067      +E-mail/Text: bnc@nordstrom.com Aug 21 2019 00:37:31      Nordstrom FSB,
                 Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
513876573      +E-mail/Text: bnc@nordstrom.com Aug 21 2019 00:37:31      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
514872246       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514872247       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514091544       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
514083204       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o JC Penney Credit Card,    POB 41067,    Norfolk VA 23541
514083206       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                 POB 41067,    Norfolk VA 23541
514084027       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,    c/o Sam's Club,
                 POB 41067,    Norfolk VA 23541
514084023       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o TJX Rewards Credit Card,    POB 41067,    Norfolk VA 23541
514084024       EDI: PRA.COM Aug 21 2019 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o TOYS "R"US CREDIT CARD,    POB 41067,    Norfolk VA 23541
514005820       EDI: Q3G.COM Aug 21 2019 04:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
513849068      +EDI: RMSC.COM Aug 21 2019 04:03:00      Sams Club / GEMB,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
513849071      +EDI: WFNNB.COM Aug 21 2019 04:03:00      Wfnnb/New York & Compa,    Attention: Bankruptcy,
                 P.O. Box 182685,    Columbus, OH 43218-2685
514746431      +EDI: BASSASSOC.COM Aug 21 2019 04:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
514746432      +EDI: BASSASSOC.COM Aug 21 2019 04:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ  85712,
                 eCAST Settlement Corporation,    c/o Bass & Associates, P.C. 85712-1083
                                                                                              TOTAL: 55

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Aug 20, 2019
                              Form ID: 3180W           Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andy   Winchell    on behalf of Joint Debtor Patricia Mary Cashin andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com
          Andy   Winchell    on behalf of Debtor Peter  Bellini, Jr. andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com
          Andy   Winchell    on behalf of Plaintiff Patricia Mary Cashin andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com
          Andy   Winchell    on behalf of Plaintiff Peter  Bellini, Jr. andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com
          Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    Hudson City Savings Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Defendant    M&T Bank Corporation as successor by merger to Hudson
           City Savings Bank bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Defendant    M&T Bank Corporation kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          Sam  Della Fera    on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
                                                                                             TOTAL: 15
```