Order Filed on September 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, PC
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtors

In Re:

Peter Bellini, Jr.
Patricia Mary Cashin
Aka Patricia Mary Bellini

                Debtors

Case No.: 13-18248 (MBK)
Chapter: 13
Judge: Hon. Michael B Kaplan

## ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal services and work in a chapter 13 case have been rendered and actual expenses accrued, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, P.C., the applicant, is approved fees of $31,807.50 for services rendered, and expenses in the amount of $28.98, for a total of $31,836.50. Approved fees are authorized be paid:

_____          through the chapter 13 plan as an administrative priority.

\_\_X\_\_          outside the plan from proceeds of settlement with the Debtor's mortgage servicer and from Debtor as agreed.

The debtor's monthly plan is modified to require a payment of $ \_\_n/a\_\_\_ per month for \_\_\_n/a\_\_\_\_ months to allow for the payment of aforesaid fee.