Order Filed on September 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Law Offices of Andy Winchell, PC<br>100 Connell Drive, Suite 2300<br>Berkeley Heights, New Jersey 07922<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtors | |
| In Re:<br><br>Peter Bellini, Jr.<br>Patricia Mary Cashin<br>Aka Patricia Mary Bellini<br><br>                Debtors | Case No.: 13-18248 (MBK)<br>Chapter: 13<br>Judge: Hon. Michael B Kaplan |

### ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal services and work in a chapter 13 case have been rendered and actual expenses accrued, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, P.C., the applicant, is approved fees of $31,807.50 for services rendered, and expenses in the amount of $28.98, for a total of $31,836.50. Approved fees are authorized be paid:

   _____      through the chapter 13 plan as an administrative priority.

   \_\_X\_\_      outside the plan from proceeds of settlement with the Debtor's mortgage servicer and from Debtor as agreed.

The debtor's monthly plan is modified to require a payment of $ \_\_n/a\_\_\_ per month for \_\_n/a\_\_\_ months to allow for the payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Bellini, Jr.  
Patricia Mary Cashin  
     Debtors

Case No. 13-18248-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 05, 2019  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db/jdb      +Peter Bellini, Jr.,   Patricia Mary Cashin,   9 Stoney Brook Drive,   Millstone Township, NJ 08510-8744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com  
      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Andy Winchell   on behalf of Plaintiff Patricia Mary Cashin andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com  
      Andy Winchell   on behalf of Plaintiff Peter Bellini, Jr. andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com  
      Andy Winchell   on behalf of Joint Debtor Patricia Mary Cashin andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com  
      Andy Winchell   on behalf of Debtor Peter Bellini, Jr. andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com  
      Brian E Caine   on behalf of Creditor M&T Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Brian E Caine   on behalf of Defendant M&T Bank Corporation as successor by merger to Hudson City Savings Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Brian E Caine   on behalf of Creditor M&T BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Brian E Caine   on behalf of Creditor Hudson City Savings Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Kevin Gordon McDonald   on behalf of Defendant M&T Bank Corporation kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
      Kevin Gordon McDonald   on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com  
      Sam Della Fera   on behalf of Mediator Sam Della Fera sdellafera@msbnj.com  
      TOTAL: 15